# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JOSE A. ROSA,**

              **Plaintiff,**

**-vs-**                                          **Case No.  6:11-cv-1042-Orl-28GJK**

**COMMISSIONER OF SOCIAL
SECURITY,**

              **Defendant.**
_____

## ORDER

       This case is before the Court on an appeal from a final decision of the Commissioner

of Social Security ("Commissioner") denying Plaintiff's application for benefits (Doc. No. 1).

The United States Magistrate Judge has submitted a report recommending that the final

decision be reversed and remanded to the Commissioner.

       After an independent *de novo* review of the record in this matter, and noting that no

objections were timely filed, the Court agrees entirely with the findings of fact and

conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as

follows:

       1.      That the Report and Recommendation filed July 5, 2012 (Doc. No. 20) is

**ADOPTED** and **CONFIRMED** and made a part of this Order.

       2.      The final decision of the Commissioner is **REVERSED** and **REMANDED**

pursuant to 42 U.S.C. § 405(g) (sentence four) for further proceedings consistent with the

Report and Recommendation.

3.      The Clerk is directed to enter judgment in favor of Plaintiff and to thereafter close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 25th day of July, 2012.


_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record