# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JOSE A. ROSA,**

      **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　**Case No. 6:11-cv-1042-Orl-28GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

_____

# ORDER

This case is before the Court on Plaintiff's Uncontested Petition for Attorneys' Fees (Doc. No. 25) filed August 6, 2012. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed August 8, 2012 (Doc. No. 26) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Uncontested Petition for Attorneys' Fees (Doc. No. 25) is **GRANTED in part** and **DENIED in part.** Plaintiff is awarded attorneys' fees in the amount of $4,617.34; the Motion is otherwise **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 28th day of August, 2012.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record